UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 0:13-CV-02572-ADM-LIB

| | |
|---|---|
| Mike Petrillo,<br><br>         Plaintiff,<br>v.<br><br>Penncro Associates, Inc. and<br>Dan Walker,<br><br>         Defendants. | NOTICE OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorney that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: October 29, 2013                    Respectfully submitted,

**BARRY & HELWIG, LLC**
By: s/ Patrick J. Helwig
Patrick J. Helwig, Esq.
Attorney I.D. # 0391787
2701 University Avenue SE, Suite 209
Minneapolis, MN 55414
Telephone: (612) 379-8800
Facsimile: (612) 379-8810
phelwig@lawpoint.com
**Attorney for Plaintiff**