UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 0:13-CV-02572-ADM-LIB

| | |
|---|---|
| Mike Petrillo,<br><br>          Plaintiff,<br><br>v.<br><br>Penncro Associates, Inc. and<br>Dan Walker,<br><br>          Defendants. | **ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Based on the Notice of Voluntary Dismissal with Prejudice filed by Plaintiff herein as Docket No. 4, **IT IS HEREBY ORDERED** that the Complaint against Defendants shall be and hereby is dismissed with prejudice without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: October 31, 2013          s/Ann D. Montgomery
                                 _____
                                 The Honorable Ann D. Montgomery
                                 United States District Judge